ALLEN COUNTY BAR ASSOCIATION *v.* KING.

[Cite as Allen Cty. Bar Assn. *v.* King (1990), 48 Ohio St. 3d 8.]

(No. 89-1131 — Submitted October 25, 1989 — Decided January 3, 1990.)

*Fisher, Vandemark & Bender, Michael J. Bender, Hurt, Mortiz & Johnson, Jerry M. Johnson, Gooding, Huffman & Kelly* and *Lawrence A. Huffman,* for relator.

*Clark & Eyrich, Stephen T. Mac-Connell* and *David S. Levine,* for respondent.

*Per Curiam.* We agree that

respondent violated DR 1-102(A)(4), and we adopt the board's recommendation. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.